# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS SHUBERT, | § § | |
| Plaintiff, | § § | **CIVIL ACTION NO.** 4:16CV64 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| v. | § § | |
| MARRIOTT INTERNATIONAL, INC., et al | § § | |
| Defendants. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 9, 2017, the Report of the Magistrate Judge (Dkt. #45) was entered containing proposed findings of fact and recommendations that Defendant Marriott International, Inc.'s Motion for Summary Judgment (Dkt. #39) be granted.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Marriott International, Inc.'s Motion for Summary Judgment (Dkt. #39) is **GRANTED**, and Plaintiff's claims against Defendant Marriott International, Inc. are hereby **DISMISSED** with prejudice.

This is a final judgment as to all claims Plaintiff has asserted against Defendant Marriott International, Inc., and dismisses Marriott International, Inc. from the case entirely. All other Defendants remain in the suit at this time.

**IT IS SO ORDERED.**

**SIGNED this 14th day of March, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE