# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| THOMAS SHUBERT, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:16-CV-00064-ALM |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| v. | § | |
| | § | |
| JOHN/JANE DOE 1-20, (FICTITIOUS INDIVIDUALS, PARTNERSHIPS, CORPORATIONS AND/OR OTHER BUSINESS ENTITIES) JOINTLY, SEVERALLY AND/OR IN THE ALTERNATIVE; | § § § § § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, the matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 18, 2017, the report of the Magistrate Judge (Dkt. #52) was entered containing a recommendation that Plaintiff's remaining claims against John/Jane Doe Defendants be dismissed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the entirety of Plaintiff's claims against Defendants are dismissed. Costs are taxed against the party incurring the same. All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**
**SIGNED this 2nd day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE